RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Adrian Najera-Santos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Adrian Najera-Santos,<br><br>Defendant. | Case No. 2:26-cr2:26-cr-00201-RFB-MDC<br><br>**Stipulation to Set Joint Change of Plea and Sentencing Hearing and Waive the Preparation of a Presentence Investigation Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Adrian Najera-Santos, that this Court schedule a joint change of plea and sentencing hearing at the earliest possible setting. Should this Court be inclined to set a joint hearing, the parties further request this Court proceed without a presentence investigation report.

The Stipulation is entered into for the following reasons:

1. Mr. Najera-Santos has indicated that he will plead guilty to the one count Information charging him with Transporting Illegal Aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).[1] The parties request that this Court set the change of plea and sentencing on the same day as if it were a fast-track case. Mr. Najera-Santos's expected guideline range, with or without a plea agreement, is 2 to 8 months.[2] The government has indicated that it will request this Court impose a sentence of time served and no supervised release to follow.

2. Mr. Najera-Santos has one prior conviction in his record. On June 5, 2026, he was sentenced to 8 months' custody for an illegal reentry charge in the Western District of Texas. The parties agree that this sole conviction counts for 2 criminal history points and places Mr. Najera-Santos in a criminal history category II. The parties further agree that because a one-year term of supervision was imposed in the Texas case, no supervision is necessary here. The parties submit that Mr. Najera-Santos has an immigration detainer and a pending removal order. Following his sentence here he will be turned over to immigration and removed to Mexico. As such, the parties submit that there is no need for this Court to order the preparation of a presentence investigation report. Accordingly, the parties ask that it be waived in this case.

---

[1] Mr. Najera-Santos has filed a Notice of Intent to Plead Guilty simultaneously with this filing.

[2] The parties submit that Mr. Najera-Santos's guidelines are as follows: a base offense level 12 (USSG ¶ 2L1.1(a)(3)) reduced by 3 levels because there is no evidence the offense was committed for profit (USSG ¶ 2L1.1(b)(1) and reduced further by 2 levels for acceptance of responsibility (USSG § 3E1.1(a)). This results in a total offense level of 7. Mr. Najera-Santos is a criminal history category II. The resulting guidelines range is therefore 2 to 8 months.

3. Defense counsel has fully explained to Mr. Najera-Santos all his rights and options. He knowingly and voluntarily wishes to proceed as requested. Accordingly, he has agreed to waive his right to indictment and proceed by way of information, plead guilty to the information without an agreement with the government, waive his presentence investigation report, and have a joint change of plea and sentencing hearing.

DATED this 16th day of September, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTTAH<br>United States Attorney |
| By *_/s/ Raquel Lazo_* | By *_/s/ Clay Plummer_* |
| RAQUEL LAZO<br>Assistant Federal Public Defender | CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States,

Plaintiff,

v.

Adrian Najera-Santos,

Defendant.

Case No. 26-cr- 201

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the change of plea and sentencing hearing is scheduled October 2, 2026 at 10:45 a.m.

IT IS FURTHER ORDERED that the presentence investigation report is waived.

DATED this 18th day of September, 2026.

UNITED STATES DISTRICT JUDGE